# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Milton Mays**<br>Plaintiff(s), | )<br>)<br>) | JUDGMENT IN CASE |
| vs. | )<br>) | |
| **Deborah Stowe**<br>Defendant(s). | )<br>)<br>)<br>) | 3:19-cv-00116-RJC-DSC |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 18, 2019 Order.

                                                    March 18, 2019

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court